JOSEPH P. FELL, as Administrator with the Will Annexed of LILLA B. McCREADY, Deceased, Appellant and Respondent, *v.* IRA T. McCREADY et al., Respondents and Appellants.

LOLA L. BUTLER et al., Appellants and Respondents, *v.* BENJAMIN F. ADAMS et al., Respondents and Appellants.

(Argued November 23, 1933; decided December 15, 1933.)

*John Lord O'Brian, Dana B. Hellings* and *Dion T. Rahill* for Joseph P. Fell, as administrator, et al., appellants and respondents.

*Helen Z. M. Rodgers* and *Walter D. Herrick* for Ira T. McCready et al., respondents and appellants.

*Charles W. Pooley* for Doris W. McCready et al., respondents and appellants.

*Henry W. Brush* for Sarah W. Birk et al., respondents and appellants.

*Thomas R. Wheeler* and *D. J. Kenefick, Jr.,* for Hulda E. Miles, as administratrix, et al., respondents and appellants.

Judgments affirmed, with costs to each party filing a brief, payable out of the estate of Riley W. McCready, deceased. No opinion. (See 263 N. Y. 669.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.